# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK ANTHONY CLARK,** | : | |
|     **Plaintiff,** | : | |
| | : | |
|     v. | : | **CIVIL ACTION NO. 19-CV-2531** |
| | : | |
| **JOHN DOE-HERNANDEZ,** *et al.*, | : | |
|     **Defendants.** | : | |

## ORDER

**AND NOW**, this 1st day of July, 2020, it is **ORDERED** that:

1. The Motion to Dismiss for Failure to State a Claim filed by Martha Champlin and Ashley Harrington [Doc. 17] is **GRANTED**.

2. The Amended Complaint is **DISMISSED** with prejudice as to Defendants Martha Champlin and Ashley Harrington.

3. The Motion to Dismiss for Failure to State a Claim by Defendants John-Doe Hernandez, John Doe-Mastnyak, John Doe-Taylor, John Doe-White and John Doe-Lanes [Doc. 18] is **DENIED.**

4. The Motion in Opposition by Plaintiff Mark Clark [Doc. 19] is **DENIED** as moot.

                      **BY THE COURT:**

                      **/s/ Jeffrey L. Schmehl**
                      **JEFFREY L. SCHMEHL, J.**